THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>RAUL BARRETO-BEJINES,<br><br>  Defendant. | No. CR21-107 RSM<br><br>SPEEDY TRIAL WAIVER |

I, Raul Barreto Bejines, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. §Sec. 3161 *et seq.,* and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington. I knowingly and voluntarily, with the advice of counsel, waive these rights and consent to a continuance of the trial date from August 30, 2021, to any date up to and including June 6, 2022. I understand that, if the motion is granted, the Court will make findings that the time from August 30, 2021 until the new trial date is excludable for purposes of calculating the applicable time limits under the Speedy Trial Act at 18 U.S.C. §Sec. 3161, *et. seq.*

STW- 1

Law Office of
CATHY GORMLEY, PLLC
600 1st Avenue Suite 106
Seattle, Washington 98104
(206) 624-0508 ◾ FAX (206) 622-9091

DATED this 23rd day of August, 2021

*[signature: Raul Barreto]*

_____
Raul Barreto-Bejines

Respectfully Submitted by:

/s/Cathy Gormley_____
Cathy Gormley, WSBA #26169

I, Gabriela De Castro, federally certified Spanish interpreter, have sight translated this document for the defendant.

*[signature]*
_____
Gabriela De Castro

CERTIFICATE OF SERVICE

I, CATHY GORMLEY, hereby certify that on August 25, 2021, I filed this document with the U.S. District Court's Electronic Filing (ECF) system, which will serve a copy by email to all parties.

STW- 2

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 106
Seattle, Washington 98104
(206) 624-0508 ◾ FAX (206) 622-9091

1 | /s/Cathy Gormley
2 |
3 |
...

STW- 3

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 106
Seattle, Washington 98104
(206) 624-0508 ☎ FAX (206) 622-9091